FILED

07/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0268

_____

MONTANA TROUT UNLIMITED, TROUT
UNLIMITED, MONTANA ENVIRONMENTAL
INFORMATION CENTER, EARTHWORKS, and
AMERICAN RIVERS,

      Petitioners and Appellants,

  v.

MONTANA DEPARTMENT OF NATURAL
RESOURCES AND CONSERVATION and
TINTINA MONTANA, INC.,

      Respondents and Appellees.

_____

O R D E R

      Pursuant to M. R. App. P. 26(2), and with good cause shown, Appellants' Unopposed Motion for an Extension of Time to file Appellants' Opening Brief is GRANTED. Appellants shall file their opening brief on or before August 23, 2023.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 14 2023